IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| AUTUMN CLOUD LLC, | § | |
|---|---|---|
| *Plaintiff*, | § | Case No. 2:16-CV-00843-JRG-RSP |
| v. | § | |
| DEFY MEDIA, INC., | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on May 3, 2017 (Dkt. No. 8) recommending that Autumn Cloud LLC's Complaint against Defy Media, Inc. be dismissed for failure to serve. No objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. Autumn Cloud LLC's Complaint against Defy Media, Inc. is DISMISSED without prejudice pursuant to Rule 4(m). The Clerk is directed to close this case.

**So Ordered this**
**May 18, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE